```
            IN THE UNITED STATES DISTRICT COURT
         FOR THE EASTERN DISTRICT OF PENNSYLVANIA


RONALD HORNE,                      :    CIVIL ACTION
                                   :    NO. 09-1562
        Petitioner,                :
                                   :
    v.                             :
                                   :
SUPERINTENDENT FRANKLIN            :
TENNIS, et al.                     :
                                   :
        Respondents.               :
```

# O R D E R

**AND NOW**, this **24th** day of **November, 2014,** for the reasons set forth in the accompanying memorandum, it is hereby **ORDERED** that Petitioner's Motion for Relief Under Federal Rule of Civil Procedure 60(b) (ECF No. 27) is **DENIED**.

**AND IT IS SO ORDERED.**

/s/ Eduardo C. Robreno
**EDUARDO C. ROBRENO,    J.**

1